# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1941
Lower Tribunal No. 2016-CF-12800-A-O

_____

RICHARDSON VICTOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., and LAMBERT, B.D., Associate Judge, concur.


William R. Ponall and Eric J. Sorice, of Ponall Law, Maitland, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED